UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| JERRY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:22-CV-52-CHB-MAS |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING MAGISTRATE** |
| LAUREL COUNTY, *et al.*, | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Matthew A. Stinnett. [R. 76]. The Report and Recommendation addresses the Motion for Summary Judgment filed by the Defendants, in which the Defendants argue the Plaintiff's constitutional claims fail as a matter of law. *See* [R. 72]. Robinson had responded to the motion [R. 74], and the Defendants replied [R. 75].

In his Report and Recommendation, Magistrate Judge Stinnett detailed the facts on which the Plaintiff bases his claimed violations of the Eighth Amendment (brought pursuant to 42 U.S.C. § 1983), *see* [R. 76, pp. 1–2], and determined that Plaintiff has failed "to show Defendants were deliberately indifferent," a necessary element for a constitutional claim, *see id.* at 3-6. Magistrate Judge Stinnett's Report and Recommendation advised the parties that any objections were to be filed within fourteen (14) days of the entry of the Recommendation on August 16, 2023. *Id.* at 6. No objections were filed by either party during the original fourteen day period, and after reviewing the docket in early October, the Court served a copy of the Recommendation on Robinson on October 2, 2023, to ensure a clean record. *See* [R. 77]. Once again, no objections have been filed.

- 2 -

Generally, this Court must make a de novo determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate Judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *See United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [**R. 76**] is **ADOPTED** as the opinion of this Court.

2. The Defendants' Motion for Summary Judgment **[R. 72]** is **GRANTED**.

3. A separate judgment shall issue.

This the 1st day of November, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY